UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

         vs                                  5:01-CR-529

RODELL PATTERSON,
                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br>Northern District of New York<br>Attorney for Government<br>100 South Clinton Street<br>P. O. Box 7198<br>Syracuse, New York  13261-7198 | RICHARD SOUTHWICK, ESQ.<br>Assistant U.S. Attorney |
| RODELL PATTERSON<br>Defendant, Pro Se<br>FCI Allenwood<br>P.O. Box 2000<br>White Deer, PA 17887 | |

DAVID N. HURD
United States District Judge

# **O R D E R**

      Defendant's motion for termination of supervised release (Docket No. 35) is

DENIED.

      IT IS SO ORDERED.

_____
United States District Judge

Dated: April 18, 2008
       Utica, New York.